UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TELEBRANDS CORP.,

                      **Plaintiff,**

       **-against-**

HM IMPORT USA CORP., et al.,

                      **Defendants.**
-------------------------------------------------------------x

**MEMORANDUM
AND ORDER**

**09-CV-3492 (ENV)**

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

       Even after the Court issued its Memorandum and Order on March 3, 2010, D.E. #48,

denying plaintiff's request for a compulsion order, the parties continued to file papers as if the

Court had not yet ruled on the matter.  <u>See</u> Letter in Response to Defendants' Opposition ("Pl.

3/3/10 Letter"), D.E. #49; [Defendants'] Reply in Opposition, D.E. #50;

Affidavit/Declaration [sic] in Opposition re Motion to Compel Discovery, D.E. #51.

Henceforth, counsel should check their ECF bounces before making their submissions.

       Treating plaintiff's latest submission as a motion for reconsideration, the Court declines

to disturb its ruling of March 3rd.  Plaintiff's unadorned assertion "that Defendants intend to

render themselves judgment proof and to flee the country," Pl. 3/3/10 Letter at 2, does not

warrant an order compelling the post-judgment discovery that plaintiff seeks.  Again, any

request for an order of attachment should be addressed to the District Court.

       **SO ORDERED.**

**Dated:**    **Brooklyn, New York
March 5, 2010**

                                **ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE**